# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff**

v.                    Case No. 3:10cr101-MCR

**DENNIS M. CARONI**
**GERARD M. DILEO,**
and
**JOSEPH GEORGE PASTOREK, II,**

    **Defendants.**
_____/

## FINAL ORDER OF FORFEITURE

This cause is before the court on the motion of the United States of America for a Final Order of Forfeiture. (Doc. 552). Being fully advised in the premises, the court finds as follows:

WHEREAS, on December 20, 2011, this court entered a Preliminary Order of Forfeiture (doc. 463) against the following:

    A.    Proceeds from Capital One Bank Account # 204438XXXX (Check # CC00015639) in the amount of $101,800.05 against Dennis M. Caroni;

    B.    Proceeds from Capital One Bank Account # 208142XXXX (Check # CC00015640 051) in the amount of $55,312.88 against Dennis M. Caroni;

    C.    Proceeds from First NBC Bank Account # 30000XXXX (Check # 1051) in the amount of $40,024.76 against Dennis M. Caroni;

    D.    Proceeds from Fidelity Investments Brokerage Account #636-09XXXX (Check #'s 909024026, 201530073, and 914645390) totaling $40,005.33 against Dennis M. Caroni;

    E.    Proceeds from Comerica Bank Account # 189400XXXX (Check # 74914950) in the amount of $20,160.32 against Dennis M. Caroni;

F. **Proceeds from Comerica Bank Account # 189400XXXX (Check # 74914949) in the amount of $27,456.73 against Dennis M. Caroni**;

G. **Proceeds from First NBC Bank Account # 11000XXXX (Check # 1052) in the amount of $2,366.97 against Dennis M. Caroni (inadvertently referenced as Account # 189400XXXX in the Motion for Entry of a Preliminary Order of Forfeiture (Doc. 459) and the Preliminary Order of Forfeiture (Doc. 463))**;

H. **Proceeds from Comerica Bank Account # 189400XXXX (Check # 74914948) in the amount of $2,599.38 against Dennis M. Caroni**;

I. **Money Judgment against Gerard M. Dileo in the amount of $150,000.00 USD;**

J. **Money Judgment against Joseph George Pastorek, II, in the amount of $50,000.00 USD; and**

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on January 7, 2012. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this 22nd day of January, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**