UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos. 3:10cr101-TKW-HTC
3:17cv425-TKW-HTC

DENNIS M. CARONI,

    Defendant.
_____/

# ORDER

This case is before the Court based on the Report and Recommendation (Doc. 737) in which the magistrate judge recommends that Defendant's motion to vacate, set aside, or correct his judgment and sentence pursuant to 28 U.S.C. §2255 (Doc. 710) be denied on procedural grounds and/or on the merits. Defendant filed objections to the Report and Recommendation (Doc. 738).

Based on my de novo review of the issues raised in the objections, I disagree with the magistrate judge's determination that the claims raised by Defendant in his §2255 motion are procedurally barred because he failed to raise those claims in a motion for new trial under Fed. R. Crim. P. 33. On this point, I agree with Defendant that the fact that he *could have* raised these claims in a Rule 33 motion while his direct appeal was pending (and then challenged the denial of that motion in a separate appeal) does not mean that he *had to* do so. *See Barnes v. United States*, 437 F.3d 1074, 1080 (11th Cir. 2006) (stating that "filing a Rule 33 motion for a new

trial does not serve as a prerequisite to a §2255 motion"); *United States v. O'Malley*, 833 F.3d 810, 815 (7th Cir. 2016) (explaining that the defendant has the option of raising a *Brady* claim in a Rule 33 motion or in a §2255 motion). However, I agree with the magistrate judge's alternative determination that the *Brady* and fraud-on-the-court claims raised by Defendant in his §2255 motion are refuted by the record and are legally meritless. Accordingly, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order, with the exception of Part IV.A.

2. Defendant's motion to vacate, set aside, or correct his judgment and sentence (Doc. 710) is **DENIED.**

3. A certificate of appealability is **DENIED.**

    **DONE and ORDERED** this 13th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**